UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20104-CIV-LENARD

**LEOPOLDO ARY PEREZ,**

 Plaintiff,

vs.

**HILLSTONE RESTAURANT GROUP, INC.,**

 Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE AND ASSESSING COSTS

**THIS CAUSE** is before the Court on the parties' representations made in open court on May 11, 2011.

This case was scheduled to begin trial on May 11, 2011, at 9:00 a.m. On May 10, 2011, at approximately 9:00 p.m., the Court received notice that the parties had resolved all issues in dispute and settled this case. The next day, the parties confirmed in open court that this case has been settled and requested that the action be dismissed with prejudice.

Pursuant to Local Rule 47.1(b),

 "[w]henever a civil case that has been set for jury trial is settled or otherwise disposed of, counsel shall so inform the office of the Judge assigned to the case at least one (1) full business day prior to the day the jury is scheduled to be selected or the trial is scheduled to commence. . . If such notice is not given to the Clerk of the Court's Office, then except for good cause shown, juror costs . . . may be assessed equally against the parties and their counsel..."

Here, no good cause having been shown by the parties for their failure to notify the Court of their settlement at least one business day in advance, the Court shall assess jury costs

in the amount of one thousand, three hundred and four dollars and ninety eight cents ($1304.98) against the parties equally.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Upon the parties' representations made in open court on May 11, 2011, this action is **DISMISSED** with prejudice.

2. Plaintiff Leopoldo Ary Perez is assessed jury costs in the amount of six hundred and fifty two dollars and forty nine cents ($652.49), payable to the Clerk of the Court within ten (10) days of this Order.

3. Defendant Hillstone Restaurant Group, Inc., is assessed jury costs in the amount of six hundred and fifty two dollars and forty nine cents ($652.49), payable to the Clerk of the Court within ten (10) days of this Order.

4. Both parties shall file a Notice of Compliance on the record immediately after payment of their assessed jury costs.

5. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of May, 2011.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**